UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRADLEY G. McCROSKEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:20-CV-132-PPS-JEM ) |
| ANDREW M. SAUL, Acting Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation [DE 31] was issued June 10, 2021, and the 14-day window within which to object has passed with no objections filed.

ACCORDINGLY,

Upon careful consideration of the magistrate judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation [DE 31] is ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying plaintiff Bradley McCroskey's application for Social Security disability benefits is REVERSED, and the matter is REMANDED to the Commissioner for further proceedings consistent with the magistrate judge's analysis.

The Clerk shall enter judgment in favor of plaintiff and against the defendant.

ENTERED: June 25, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT